OPINION — AG — ** PARK REVENUE EXPENDITURES ** FUNDS FROM THE STATE PARK REVOLVING FUND MAY BE EXPENDED FOR "OPERATION" AND "MAJOR MAINTENANCE", BUT, THE TOURISM AND RECREATION DEPARTMENT OF THE STATE MUST DETERMINE, AS A QUESTION OF FACT, WHETHER ACTUAL EXPENDITURES IN PARTICIPATING IN THE CORRECTIONS CONSERVATION CORPS PROGRAM FALL WITHIN SUCH PROVISIONS. (PRISONERS, FINANCE OPERATING EXPENSES) CITE: 74 O.S. 1811.1 [74-1811.1] (DONALD B. NEVARD)